**PARHAM**

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CR. No.** 1:26-cr-10075-STA |
| | ) | |
| **v.** | ) | **18 U.S.C. § 2261A(1)(B)** |
| | ) | **18 U.S.C. § 2261A(2)(B)** |
| **NAJWA ZANDLO,** | ) | |
| | ) | **FILED UNDER SEAL** |
| **Defendant.** | ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

**COUNT 1**

Beginning on or about November 24, 2024, and continuing thereafter until on or about October 12, 2026, in the Western District of Tennessee, and elsewhere, the defendant,

**NAJWA ZANDLO**

with the intent to harass and intimidate another person, Victim-1, used an interactive computer service and an electronic communication service, and a facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim-1.

All in violation of 18 U.S.C. §§ 2261A(2)(B).

A TRUE BILL:

____________________________

FOREPERSON

DATED: ____________________

DAVID DUNAVANT
Digitally signed by DAVID DUNAVANT
Date: 2026.10.09 13:11:16 -05'00'

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY
WESTERN DISTRICT OF TENNESSEE