PARHAM

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CR. No.** 1:26-cr-10075-STA |
| | ) | |
| **v.** | ) | **18 U.S.C. § 2261A(1)(B)** |
| | ) | **18 U.S.C. § 2261A(2)(B)** |
| **NAJWA ZANDLO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# NOTICE OF PENALTIES

## COUNTS 1-2

nmt 5 yrs. imprisonment; nmt $250,000 fine, or both, nmt a 3 yr. period of supervised release and a special assessment of $100; see 18 U.S.C. § 3013 (a).