UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

-vs- Case No. 1:26-cr-10075-STA

Najwa Zandlo

ORDER APPOINTING COUNSEL PURSUANT TO
THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

APPOINTMENT OF COUNSEL

- Federal Public Defender appointed

TYPE OF APPOINTMENT

- all purposes including trial and appeal

DONE and ORDERED at 111 S. Highland Ave., Jackson, Tennessee on October 16, 2026

**s/Jon A. York**
UNITED STATES MAGISTRATE JUDGE