**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

UNITED STATES OF AMERICA, )
Plaintiff, )
)
v. ) No. 1:26-cr-10075-STA
)
Najwa Zandlo )
Defendant. )

**ORDER ON DUE PROCESS PROTECTIONS**

Pursuant to the Due Process Protections Act, the Court confirms the obligation of the United States to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

**IT SO ORDERED**.

**s/Jon A. York**
UNITED STATES MAGISTRATE JUDGE

Dated: October 16, 2026