IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs. Cr. No. 26-10075-STA

NAJWA ZANDLO,

Defendant.

NOTICE OF ENTRY OF APPEARANCE

Please take notice that M. Dianne Smothers, Assistant Federal Defender, herein enters her notice of appearance as counsel for NAJWA ZANDLO in the above styled and numbered cause. **Please remove the FPD's name from the distribution list**.

This 16th day of October 2026.

s/ M. DIANNE SMOTHERS
Assistant Federal Defender
109 South Highland, Suite 105
Jackson, TN 38301
(731) 427-2556

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appearance has been forwarded by electronic means via the Court's electronic filing system to Hillary Parham, Assistant U.S. Attorney, 109 S. Highland Avenue, 3rd Floor, Jackson, TN 38301.

This 16th day of October 2026.

s/ M. DIANNE SMOTHERS
Assistant Federal Defender